AXEL B. GOMEZ (SBN:119227)
ATTORNEY AT LAW
600 East Main Street, Suite 100
Turlock, CA 95380
Telephone: (209) 668-1410
Facsimile: (209) 668-7302


**Attorney for Debtor,**
Yousif Younan

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | |
|---|---|
| IN RE: ) | Case No.: **11-93998-E-7** |
| ) | Chapter **7** |
| ) | |
| YOUSIF YOUNAN, ) | DC NO: ABG-001 |
| ) | |
| ) | Date:  **January 25, 2012** |
| Debtor. ) | Time: **10:30 AM** |
| ) | Place: **1200 I Street** |
| | **2nd Floor, Courtroom 4** |
| | **Modesto, CA** |

**MOTION TO ABANDON PERSONAL PROPERTY – DEBTOR'S BUSINESS**

Debtor, YOUSIF YOUNAN, hereby requests, pursuant to Federal Rules of Bankruptcy Procedure, Rule 6007(b), an order abandoning the debtor's business, a sole proprietorship known as "JOE'S CLOCK AND WATCH SHOP," aka JOES JEWELRY for the reasons set forth in the declaration of Debtor, filed concurrently herewith.

DATED: December 22, 2011          LAW OFFICES OF AXEL B. GOMEZ


                                  By: _____
                                      Axel B. Gomez
                                      Attorney for Debtor